EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Major Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 07 2005

at 12 o'clock and 29 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR05 00290 DAE |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. §§ 922(g)(3) & 924(a)(2) |
| PAUL GEORGE GALIGO, JR., also known as "PJ," | |
| Defendant. | |

## INDICTMENT

The Grand Jury charges that:

On or about September 23, 2004, in the District of Hawaii, the defendant PAUL GEORGE GALIGO, JR., then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, to wit, a Ruger, Model 10-22, .22 caliber carbine rifle, serial number 113-66513, and approximately 190 rounds of ammunition, with said firearm and ammunition having


SEALED BY ORDER OF THE COURT

been manufactured outside the State of Hawaii and transported in and affecting commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: July 7, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. PAUL GEORGE GALIGO, JR.
Cr. No.        (Indictment)