```
EDWARD H. KUBO, JR.  # 2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG  # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Marshall.Silverberg@USDOJ.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00290 DAE |
| | ) | |
| Plaintiff, | ) | SENTENCING STATEMENT OF THE |
| | ) | UNITED STATES; CERTIFICATE |
| vs. | ) | OF SERVICE |
| | ) | |
| PAUL GEORGE GALIGO, JR., | ) | Sentencing date: 04/24/06 |
| aka "PJ," | ) | Time:  3:00 p.m. |
| | ) | Judge: Hon. David A. Ezra |
| Defendant. | ) | |

**<u>SENTENCING STATEMENT OF THE UNITED STATES</u>**

The United States has no objections or comments to the Proposed Presentence report.

DATED:  March 8, 2006, at Honolulu, Hawaii.

```
                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii


                                By /s/ Marshall H. Silverberg
                                   MARSHALL H. SILVERBERG
                                   Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF</u>:

    Loretta Faymonville        <u>loretta_faymonville@fd.org</u>
    Assistant Federal Public Defender

    Attorney for Defendant
    PAUL GEORGE GALIGO, JR. aka "PJ"

<u>Served by Hand Delivery</u>:

    Mona L. Godinet
    U. S. Probation Officer
    Honolulu, Hawaii

      DATED:  March 8, 2006, at Honolulu, Hawaii.

                                  <u>/s/ Cheri Abing</u>