AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

1043707

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 05-00290DAE-01 |

PAUL GEORGE GALIGO, JR., aka "PJ"

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 29 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST PAUL GEORGE GALIGO, JR., aka "PJ" and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

in violation of Title United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 11/07/06 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL        By: David Alan Ezra, United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Kona, HI

| Date Received 11-8-06 | NAME AND TITLE OF ARRESTING OFFICER Russell Nakasato | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| Date of Arrest 12-28-06 | DUSM | |