# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/9/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00290DAE

CASE NAME:        USA v. Paul George Galigo

ATTYS FOR PLA:    Marshall Silverberg

ATTYS FOR DEFT:   Loretta Faymonville

JUDGE:   David Alan Ezra          REPORTER:   Cynthia Fazio

DATE:    1/9/2007                 TIME:       10:15am-10:20am

COURT ACTION:   EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, in custody.

Defendant admits to violation #2, and violation #4.  Defendant denies violation #1 and violation #3.

Order to Show Cause Why Supervised Released Should Not Be Revoked-CONTINUED to 1/12/2007 @900amDAE.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager