# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/12/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00290DAE |
| CASE NAME: | U.S.A. Vs. Paul George Galigo |
| ATTYS FOR PLA: | Marshall H. Silverberg and Probation Officer-J. Martin Romualdez |
| ATTYS FOR DEFT: | Loretta A. Faymonville |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 01/12/2007 | TIME: | 9:03am9:33am |

COURT ACTION:  EP: Further Order to Show Cause Why Supervised Release should not be Revoked-Defendant present in Custody.

Evidentiary Hearing as to Alleged Violations of Supervised Release Nos. 1 and 3 as stated in the Request for Course of Action filed on 11/07/2006.

Government Witness-Martin Romualdez-CST

Government Exhibit 1-Admitted.

Court hereby finds that the Defendant did violate Conditions of Supervised Release.

Court hereby Revokes Supervised Release.

Sentence-Imprisonment-6 Months

Mittimus Forthwith.

Court Recommendations-

1. F.D.C.-Honolulu

Supervised Release-30 Months

Special Conditions of Supervised Release-

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10. That the defendant will be allowed to return to the Big Island of Hawaii upon his release from imprisonment to serve his Supervised Release term there.

Defendant advised of hs right to Appeal.


Submitted by Leslie L. Sai, Courtroom Manager