AO 245B        (Rev. 6/05) Judgment in a Criminal Case
               Sheet 2 - Imprisonment

CASE NUMBER:        1:05CR00290-001                                    Judgment - Page 3 of 5
DEFENDANT:          PAUL GEORGE GALIGO, JR., aka"PJ"

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: SIX MONTHS

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       FDC-Honolulu

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 19 2007

at 1 o'clock and 30 min __M
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ 02-15-07 _____ to _____ FDC Honolulu _____
at _____ Honolulu, HI _____ , with a certified copy of this judgment.

                                        John T. Rathman
                              WARDEN    UNITED STATES MARSHAL

                         By _____ W. Tsai _____
                              LIE      Deputy U.S. Marshal